IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-cv-53-D

| | |
|---|---|
| JAMES C. FOX, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CONSENT ORDER FOR PAYMENT OF |
| ) | FEES AND COSTS PURSUANT TO THE |
| CAROLYN COLVIN ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $6,500 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to his attorney:

It is therefore ORDERED, this the __6__ day of __March__, 2014, that the Plaintiff shall be, and hereby is, awarded the sum of $6,500 for attorney fees in full satisfaction of any and all claims against the Defendant arising from the above captioned case under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that in accordance with Plaintiff's assignment of EAJA fees, if there is no debt that qualifies under the Treasury Offset Program, the award will be made payable to Janet

M. Lyles, Davis, Murrelle, & Lyles, P.A., 912 Arendell Street, PO Box 3605, Morehead City, NC, 28557. If there is such a debt, any amount remaining after offset will be made payable to Plaintiff and sent to Plaintiff's counsel at the address set forth above.

_____
JAMES C. DEVER III
Chief United States District Judge

CONSENTED TO:

/s/ Janet M. Lyles
Attorney for Plaintiff
Davis, Murrelle, & Lyles, P.A.
912 Arendell Street
PO Box 3605
Morehead City, NC 28557
Telephone: 252-726-2000
Fax: 252-222-3202
E-mail: jlyles@nccoastlaw.com
N.C. State Bar No. 12476

/s/ Christian M. Vainieri
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel\
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: 410-965-4686
Fax: 410-965-3107
E-mail: Christian.vainieri@ssa.gov
New York Bar