UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES C. FOX, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:13-CV-53-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $12,000.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on July 20, 2015, and Copies To:**

| | |
|---|---|
| Janet M. Lyles | (via CM/ECF Notice of Electronic Filing) |
| Christian M. Vainieri | (via CM/ECF Notice of Electronic Filing) |
| Elisa Donohoe | (via CM/ECF Notice of Electronic Filing) |

DATE:                                 JULIE RICHARDS JOHNSTON, CLERK

July 20, 2015                     (By)  /s/ Courtney O'Brien

                                                Deputy Clerk